IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Edmund Awah
P. O. Box 2944
Montgomery Village
MD 20866
(Full name and address of the plaintiff)
Plaintiff(s)

vs.

Commonwealth Financial Systems
c/o John Kohula
245 Main Street
Dickson City
PA 18519

(Full name and address of the defendant(s))
Defendant(s)

\_\_\_ FILED   \_\_\_ ENTERED
\_\_\_ LOGGED  \_\_\_ RECEIVED

MAR 0 7 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Civil No.: DKC 13 CV 0707
(Leave blank. To be filled in by Court.)

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

Complaint (Rev. 12/2000)                               1

2. The facts of this case are: Defendant filed a derogatory report on Plaintiff's credit file and the following sections of federal law, 15 USC § 1969 were violated in the filing

(i) 15 USC § 1692 g (a)(1) through (5)
(ii) 15 USC § 1692 g (b)
(iii) 15 USC § 1692 d (5)
(iv) 15 USC § 1692 e (11)
(v) 15 USC § 1692 c (a)(1)
(vi) 15 USC § 1692 c (c)

3. The relief I want the court to order is:

☐ Damages in the amount of: $5,000 and punitive damage in the amount this Court deems appropriate

☐ An injunction ordering: _____

☐ Other (explain) (1) Additional damage in the amount of $1000 plus punitive damage in the amount this Court deems appropriate.

02/22/2013
(Date)

(Signature)
Edmund Awah
P.O. Box 2944
Montgomery Village
MD 20886
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.