IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| EDMUND AWAH<br><br>    Plaintiff<br><br>vs.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.<br><br>    Defendant | CIVIL ACTION NO.: 8:13-cv-00707-CBD |

**NOTICE OF DISMISSAL**

The parties herein stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice, as to all claims against Defendant. Each party will be responsible for paying its own costs, expenses and attorneys' fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____          _____
Edmund Awah                                      Bradley T. Canter, Esquire
P.O. Box 2944                                       200A Monroe Street, Suite 104
Montgomery Village, MD 20866      Rockville, Maryland 20850
*Pro Se Plaintiff*                                   Telephone: (301) 424-7490
                                                             Facsimile:  (301) 424-7470
                                                             E-Mail: bcanter@roncanterllc.com
                                                             *Attorney for Defendant*


Approved: _____
                 United States District Court Judge

1